Richard E. Nusbaum (SBN: 164723)
richard@rralaw.net
LAW OFFICES OF RUSSELL R. ARENS
3020 Old Ranch Parkway, Suite 300
Seal Beach, CA  90740
Telephone:    562-366-5200
Facsimile:    562-430-2204
*Attorneys for Plaintiffs*

Darth K. Vaughn (SBN: 253276)
dkvaughn@shb.com
SHOOK, HARDY & BACON L.L.P.
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, California  92614-2546
Telephone:    949-475-1500
Facsimile:    949-475-0016
*Attorneys for Defendant*
*ADT Security Services, Inc.*

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| ALEX McKAY, an individual; ELAINE McKAY, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> ADT SECURITY SERVICES, INC., a Delaware corporation; TYCO FIRE & SECURITY, a business entity unknown; and DOES 1 through 25, inclusive, <br><br> Defendants. | Case No. 8:11-CV-01746-CJC-MLG <br><br> **ORDER OF DISMISSAL WITH PREJUDICE** <br><br> [Filed concurrently with Stipulation for Dismissal With Prejudice] <br><br> Complaint Filed:  October 12, 2011 |

Pursuant to the Stipulation of Dismissal of the entire action entered into between Plaintiffs Alex McKay and Elaine McKay, and Defendant ADT Security Services, Inc., the above-entitled action is dismissed with prejudice, with each party bearing its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: April 17, 2012

_____
Cormac J. Carney
United States District Judge